HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MURPHY A. THERIOT and OTHER OF THE CLASS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PIERCE COUNTY GOVERNMENT OFFICERS; DISTRICT ATTORNEY OFFICE; CLERK OF COURT OFFICE; and OTHER OFFICERS WITHIN,<br><br>　　　　　Defendants. | Case No. C10-5696RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court sua sponte.

Plaintiff has filed a Motion for Leave to Proceed *In Forma Pauperis* and a Proposed Civil Rights Complaint. The matter was initially assigned to both this Court and to Chief Magistrate Judge Karen L. Strombom under this District's November 3, 2004, General Order on the reference of civil cases pursuant to 28 U.S.C. § 636(c). The General Order provides that prisoner cases will be so assigned, and the Magistrate Judge's jurisdiction to act on the matter is based on a deemed referral pursuant to 28 U.S.C. § 636(b).

In this case it is unclear whether the plaintiff is, or is not, a prisoner. If he is a prisoner, the matter will be referred to Chief Magistrate Judge Karen L. Strombom pursuant to the General Order, and if he is not, this Court will either handle the matter or refer it to the Chief Magistrate Judge under 28 U.S.C. § 636(b), at the Court's discretion.

Therefore, Plaintiff shall inform this Court in writing on or before November 30, 2010 of his current custody status.  The failure to respond to this Order by the date set may result in the dismissal of Plaintiff's Proposed Complaint.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 15th day of November, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2