HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MURPHY A. THERIOT and OTHER OF THE CLASS,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY GOVERNMENT OFFICERS, DISTRICT ATTORNEY OFFICE; CLERK OF COURT OFFICE; and OTHER OFFICERS WITHIN,<br><br>Defendants. | Case No. C10-5696RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Response [Dkt. #6] to this Court's Order directing that he inform this Court of his custody status. Plaintiff indicates that he is not currently in custody; therefore, this case is not a "prisoner case" subject to direct assignment to a Magistrate Judge under this District's November 3, 2004, General Order. This case, however, does raise an issue as to the way his state court conviction is listed in his criminal history available from review by law enforcement. This claim is one that is sufficiently akin to a "prisoner case" to make reference to a Magistrate Judge an appropriate option. Therefore,

**IT IS HEREBY ORDERED** that this matter is referred to Chief Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) for further proceedings as the Chief Magistrate Judge deems necessary.

1  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party
2 appearing pro se.

3  Dated this 10th day of December, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2