UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MURPHY A. THERIOT,<br><br>                       Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY GOVERNMENT OFFICERS, DISTRICT ATTORNEYS OFFICE, CLERK OF COURT OFFICE, and OTHER OFFICERS WITHIN,<br><br>                      Defendants. | No. C10-5696 RBL/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. ECF No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED** as it appears he does not have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  15th  day of December, 2010.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 1