UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MURPHY A. THERIOT and OTHER OF THE CLASS,

                     Plaintiff,

    v.

PIERCE COUNTY GOVERNMENT OFFICERS, DISTRICT ATTORNEYS OFFICE, CLERK OF COURT OFFICE, and OTHER OFFICERS WITHIN,

                     Defendants.

No. C10-5696 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **Dismissed Without Prejudice**.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 25th day of February, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1