# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MURPHY A. THERIOT and OTHER OF THE CLASS,

                  Plaintiffs,

      v.

PIERCE COUNTY GOVERNMENT OFFICERS, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5696RBL/KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is **Dismissed Without Prejudice.**

Dated this 28 day of February, 2011.

William M. McCool
Clerk

s/Caroline Gonzalez
Deputy Clerk